In the Matter of FREDERICK STARR CONTRACTING COM-
PANY, Appellant, against AUGUST N. GANDIA, as Treas-
urer of the City of Long Beach, Respondent.

(Argued May 20, 1936; decided June 5, 1936.)

*Leo Guzik* and *Irving G. Warshaw* for appellant.
*David B. Tolins, Corporation Counsel,* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.